UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

**RECEIVED**
NOV 13 2007
NOV 13 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Gregory Champion

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

vs.

Cook County Sheriff Dart
CHGo Police Superintendant Starks
Uriel Cintron

(Enter above the full name of ALL
defendants in this action. Do not
use "et al.")

07CV6414
JUDGE PALLMEYER
MAG. JUDGE VALDEZ

CHECK ONE ONLY:

__X__  COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983
U.S. Code (state, county, or municipal defendants)

_____  COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE
28 SECTION 1331 U.S. Code (federal defendants)

_____  OTHER (cite statute, if known)

*BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR
FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.*

I.  Plaintiff(s):

Revised: 7/20/05

A.  Name: Gregory Champion

B.  List all aliases: —

C.  Prisoner identification number: #20060080031

D.  Place of present confinement: Cook County Jail

E.  Address: 2600 S. California

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, and current address according to the above format on a separate sheet of paper.)

II. **Defendant(s):**
(In A below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in B and C.)

A.  Defendant: Thomas Dart

   Title: Cook County Sheriff

   Place of Employment: Cook County

B.  Defendant: Dana Starks

   Title: Interim Superinterdant CHGO. Police Dept

   Place of Employment: CHGO.

C.  Defendant: Uriel Cintron

   Title: Owner of Garage

   Place of ~~Employment~~ Residence: 3415 N. Leavitt CHGO. IL. 606

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

III. **Exhaustion of Administrative Remedies**

You are required to exhaust all your available administrative remedies before bringing an action in federal court.

- A. Is there a grievance procedure available at your institution?

    YES ( ) NO (X)   If there is no grievance procedure, skip to F.

- B. Have you filed a grievance concerning the facts in this complaint?

    YES ( ) NO (X)

- C. If your answer is **YES**:

    1. What steps did you take?

        _____
        _____
        _____

    2. What was the result?

        _____
        _____
        _____

    3. If the grievance was not resolved to your satisfaction, did you appeal? What was the result (if there was no procedure for appeal, so state.)

        _____
        _____
        _____

- D. If your answer is **NO**, explain why not:
    None Available for Situation
    _____
    _____

E.     Is the grievance procedure now completed? YES ( ) NO ( )

F.     If there is no grievance procedure in the institution, did you complain to authorities? YES ( ) NO (✓)

G.     If your answer is **YES**:

    1. What steps did you take?

    _____
    _____
    _____

    2. What was the result?

    _____
    _____
    _____

H.     If your answer is **NO**, explain why not:
    *None Available*
    _____
    _____

Revised: 7/20/05

IV. List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court (including the Central and Southern Districts of Illinois):

A. Name of case and docket number: Champion v Dahlquist 07C 1373

B. Approximate date of filing lawsuit: 2/20/07

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: Gregory Champion

D. List all defendants: Ronald Dahlquist CPD #20736 Delia, CPD #1634 Root Super. Cline, City of CHGO, CHGO Police Dept

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): Northern District Eastern Division

F. Name of judge to whom case was assigned: Castillo

G. Basic claim made: Due Process, false Arrest, spoliation of Evidence

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): Pending

I. Approximate date of disposition: 

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

Revised: 7/20/05

**V.     Statement of Claim:**

State here as briefly as possible the facts of your case. Describe precisely how each defendant is involved. Include also the names of other persons involved, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

1. On or about 10/14/06, Plaintiff Champion was arrested, at Uriel Cintron's direction, by Chgo. Police officers at 3415 N. Leavitt, for burglary. They came to understanding that Champion committed Burglary there, in denying my constitutional rights, 4th amendment, to be free of false arrest!! Cintron swore out felony burglary complaint on 10/14/06.

2. Plaintiff Champion was transferred to Cook County Jail on 10/15/06 and high bail of $50,000.00 (fifty thousand dollars) was set by County Jail Bond Court.

3. Plaintiff Champion spent (49) weeks in jail on charge of burglary, & on 09/27/07, case was dismissed in Plaintiff Champions favor.

4. During (49) weeks of confinement Champion suffered a severe beating That Broke His Glasses on 06/15/07, Division 5 that caused both nostrils to bleed profusely & severe contusions to his right and left leg, requiring X rays. Under Sheriff Thomas Dart County Jail, in violation of the 14th amendment liberty Clause, under color of State Law, failed to protect him from violence!! Sheriff Dart under color of State Law, failed to protect Plaintiff Champion, there-in violating 14th amendment liberty Clause when state assumed custody of Champion!

6

Pursuant to 28 U.S.C. 1343, the Federal Courts shall have original Jurisdiction in civil suits, pursuant to civil Rights, Redress, Deprivation.

The Sheriff, under color of state law, confined me in Cook County jail!!

⑤ Champion continues to suffer from mental & emotional suffering due to wrongful & unconstitutional confinement, and false arrest 4th amend violation! & violation of 14th amendment & procedural Due Process Liberty Clause, Clause. My case, # 06-24996 was terminated in my, Greg Champions Plaintiff's favor on 09/27/07 Burglary, in Skokie courthouse, Judge O'Brien.

⑥ Champions claims are for malicious prosecution, with defendants acting under color of state law, and false arrest 4th amend. violation!! & 14th Procedural Due process & Liberty Clause violations.

Relief

I want all defendants liable to me for $50,000 (fifty thousand) apiece.

Certification

I certify that the facts stated in this complaint are true to the best of my knowledge, information, & belief. I understand that if this certification is not correct, I may be subject to sanctions by the court.

Gregory K. Champion    signed 10/30/07
# 20060080031
1419 Woodhollow Ln.
Flossmoor, Il. 60422

VI. Relief: