**PRISONER CASE**



UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

## Civil Cover Sheet

**F I L E D** ℯ𝓊

NOV 1 3 2007 ℣/ᵐ
/3
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

| | |
|---|---|
| **Plaintiff(s):** GREGORY CHAMPION | **Defendant(s):** COOK COUNTY SHERIFF DART, et al. |
| **County of Residence:** COOK | **County of Residence:** |
| **Plaintiff's Address:** | **Defendant's Attorney:** |
| Gregory Champion #2006-0080031 Cook County Jail P.O. Box 089002 Chicago, IL 60608 | **07CV6414 JUDGE PALLMEYER MAG. JUDGE VALDEZ** |

**Basis of Jurisdiction:**

☐ 1. U.S. Government Plaintiff      ☑ 3. Federal Question
(U.S. gov't. not a party)

☐ 2. U.S. Government Defendant     ☐ 4. Diversity

**Citizenship of Principal Parties (Diversity Cases Only)**

Plaintiff:

Defendant:

**Origin:**

☑ 1. Original Proceeding      ☐ 5. Transferred From Other District

☐ 2. Removed From State Court     ☐ 6. MultiDistrict Litigation

☐ 3. Remanded From Appellate Court   ☐ 7. Appeal to District Judge from
Magistrate Judgment

☐ 4. Reinstated or Reopened

**Nature of Suit:** 555 Prison conditions

**Cause of Action:** 42:1983pr

**Jury Demand:**  ☐ Yes    ☑ No

**Signature:** _a. E. Woodham_  **Date:** 11/13/2007

Pallmeyer   07 C 6070
Valdez