11/27/07   MHN

R.E 07C6070
07C6414

Dear Clerk of the District Court:

My name is Greg. Champion + my (2) Federal cases have been assigned to judge Pallmeyer! I received back both Informa Pauparis applications, with approval to proceed. I have not heard anything else since. County jail has been opening my mail, outside of my presence, & I am not sure if all of it is getting delivered. Please, if I have been assigned ~~attorney~~ in these (2) cases, please inform them to come pay me a visit or in the interim, forward me a letter with contact information.

Thank You, Judge Pallmeyer
&
Sincerely,

Gregory Champion
2006008 0031
P.O. Box 089002
Chgo. Ill. 60608

FILED
MB   NOV 30 2007
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT