FILED
JAN 17 2008      JAN 17 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

1/13/08
R.E. 07C6070
07C6414
07C7267
08C0022
07C1373

Dear Clerk of the District Court and the Honorable Judge Rebecca Pallmeyer; and in 07C1373, the Honorable Ruben Castillo.

I am GREG. CHAMPION, & I am writing again to make sure all is well with my legal concerns.

(A) In 07C1373, I have elected to drop count (7) against Delia & City of Chgo; Detective Delia returned my property bag to me at court on 11/20/07. Therefore, there is no spoliation of evidence!! I also need to be appointed counsel.

(B) In 07C6070, I would like to proceed with the appointment of counsel, I do not want a magistrate judge in any of my cases.

(C) In 07C6414, I am still waiting to hear from the Court pertaining to this case.

(D) In 07C7267, Sheriff deputy's Ms. Parks, and deputy King were on duty when Floyd King assaulted me; they acted under color of state law in not protecting my 14nth liberty Clause rights.

E. In 08C0022, asst. States attorney?? Per Sapeta, acting under color of state law, did also violate my 4th constitutional right to be free of unreasonable search & seizure.

On all of these concerns, I definitely do not want to use Magistrate judge, no disrespect intended, I would like to be appointed counsel, & proceed

with the assigned district judge. Maybe even have ① or ② attorneys handle them all. In these cases, I have all of the evidence to prove my allegations.

I am not an attorney, so therefore I will need counsel to be appointed to me in all of these actions, to insure & protect my interests.

Please contact me with your reply concerning these issues,

Respectfully, & Very Sincerely,

Gregory L. Champion
# 20060080031
P.O. Box 089002
Chgo Ill 60608

P.S. I write so many letters because I am not sure the Sheriff deputies at Cook County jail are deliverying all of my mail to me. Your Court stamps "open in presence of inmate" on all of the letters however half of my correspondence from your district Court is opened & taped back shut when it is handed to me.

Thank You once again,
Gregory Champion