1/26/08

JAN 31 2008 8:12 p.m.
FILED 07C6070
JAN 31 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Dear Clerk of the District Court and the Honorable Rebecca Pallmeyer:

This is Gregory Champion again & I just received your notice that I have a status hearing set for 02/01/08.

I sent in the (5) requests for the appointment of counsel pursuant to cases 07C1373, 07C6070, (07C6414) 07C7267, and 08C0022.

As soon as counsel is appointed in case 07C6070, I have all of my evidence ready however I want or request leave to file an amended petition. You ruled that Sheriff Dart, Director Godinez, & County Jail were not suable, however it was my oversight as to the exact sheriff's deputies, who under color of law, violated my constitutional rights by not getting me medical attention in a timely manner. They are Sheriff's deputy Judge & Sheriff's deputy Bradshaw. The incidents happenned between 02/05/07 & 04/04/07, in division 5, deck 1K. I told both of them on several occasions that I needed help for scalp staph infection but they obviously were unable to get me help until 04/05/07. So I need to add these 2 individuals to the current complaint & then I am ready to go to trial. Please have attorney contact me asap so that we can get the ball rolling & resolve this particular litigation.

I also am ready to proceed in all my other cases as soon as I am appointed counsel in those. Thank you, Very Sincerely,
Greg Champion #20060080031 P.O. Box 089002 Chgo. Ill. 60608