## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Rebecca R. Pallmeyer *RRP* | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6414 | **DATE** | 2/11/2008 |
| **CASE TITLE** | Gregory Champion vs. Dart, et al | | |

**DOCKET ENTRY TEXT**

Plaintiff has moved for appointment of counsel in this case. For the reasons explained in this court's January 22, 2008 order, however, the complaint he submitted does not state a claim against a properly-named Defendant. The court has invited Plaintiff to file an amended complaint. Until the court has received the amended complaint and determined whether it survives analysis pursuant to 28 U.S.C. § 1915A(b)(1), the court declines to appoint counsel. The motion (8) is denied as premature.

Docketing to mail notices.

| | Courtroom Deputy Initials: | ETV |
|---|---|---|