

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

RECEIVED

FEB 07 2008
FEB 07 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Gregory CHAMPION
_____

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

vs.

C.P.D. officer Hoffman
C.P.D. Detective Delia #20736
Sheriff Deputy Sargent Dooty
Sheriff Deputy Judge
City of Chicago

(Enter above the full name of ALL
defendants in this action. Do not
use "et al.")

Case No: 07C_____6414
(To be supplied by the Clerk of this Court)

Honorable Rebecca Pallmeyer

CHECK ONE ONLY:                       **AMENDED COMPLAINT**

___X___    **COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983**
           U.S. Code (state, county, or municipal defendants)

_____    **COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE
           28 SECTION 1331 U.S. Code** (federal defendants)

_____    **OTHER** (cite statute, if known)

*BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR
FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.*

I. **Plaintiff(s):**

A. Name: Gregory CHAmPion

B. List all aliases: _____

C. Prisoner identification number: #20060080031

D. Place of present confinement: Cook County Jail

E. Address: 2700 S. California

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II. **Defendant(s):**

(In A below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in B and C.)

A. Defendant: Hoffman

Title: Officer

Place of Employment: City of Chicago

B. Defendant: John Aelin #20736

Title: Detective

Place of Employment: City of Chicago

C. Defendant: Dooty

Title: Sargent, Cook County Sheriff Deputy

Place of Employment: Cook County Jail

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

D. City of Chicago

E. Judge (LAST NAME)

SHERIFF DEPUTY
COOK COUNTY JAIL

1/31/08
8:15 A.M.
RE. 08C0022
amended 07C6414
amended 07C7267

Dear Clerk of the District Court and the Honorable Judge Pallmeyer,

This is Gregory Champion. I inadvertently forgot to include EXHIBITS PP. 3A→3G my previous lawsuits in my complaints. Could you please forward these sheets into (amended→07C6414) (amended→07C7267) & 08C0022 as exhibits, I would hate for my lawsuits to get dismissed because of my oversight of listing previous lawsuits!! I cannot get copies made because inexplicably, I cannot get called to law library.

Very Very Sincerely, & Regrettably forgotten,

P.S. I also cannot get service copies of amended complaints. County jail is preventing me from going to law library!! 02/02/08

Gregory Champion
#20060080031
P.O. Box 089002
Chgo. Ill. 60608

I only was able to make (1) complete sets of "previously filed lawsuits" 3A→3G!!
02/02/08
Please include 3A→3G in 07C6414, 07C7267, & 08C0022 !!

Very important: In pending case 08C0022, I included all exhibits pertaining to fake subpoena & County jail. I could not name as defendant individual states attorney responsible for fake subpoena because they are not known. Also, I could not name County jail employee responsible for releasing my property & clothes to Detective Delia or asst. states attorney "Peo Sopeta" because they are not known. Cook County jail has no record of releasing my belongings to anyone other than the property release sheet, exhibit #4.

Thank You Once Again!!

P.S. This alleged asst. States attorney Peo Sopeta cannot be found, Please Judge Pallmeyer, do not let these people get away with this misconduct!!! They are

III. List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court in the United States:

    A. Name of case and docket number: _Champion v Devine_
_08 C 0022_

    B. Approximate date of filing lawsuit: _12/24/07_

    C. List all plaintiffs (if you had co-plaintiffs), including any aliases: _Greg Champion_

    D. List all defendants: _Dick Devine, Director Godinez, Thomas Dart #20736, Delia C/P.O., City of Chicago_

    E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): _Northern District_

    F. Name of judge to whom case was assigned: _Pallmeyer_

    G. Basic claim made: _Illegal Search, Seizure_

    H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): _Pending_

    I. Approximate date of disposition: _____

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

IV. List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court (including the Central and Southern Districts of Illinois):

A. Name of case and docket number: CHAmPion v DArT 07c7267

B. Approximate date of filing lawsuit: 12/04/07

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: GreG CHAmPion

D. List all defendants: Thomas DArT, Director GoDinez

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): Northern DisTrieT

F. Name of judge to whom case was assigned: Pallmeyer

G. Basic claim made: 14 Ave Process

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): Pending

I. Approximate date of disposition: 

IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.

Case 1:07-cv-06414    Document 12    Filed 02/07/2008    Page 7 of 15

IV. List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court (including the Central and Southern Districts of Illinois):

    A. Name of case and docket number: Champion v Dahlquist 07C 1373

    B. Approximate date of filing lawsuit: 3/15/07

    C. List all plaintiffs (if you had co-plaintiffs), including any aliases: Gregory Champion

    D. List all defendants: C.P.D. Delia #20736, CPD Co.T #16311 CPD Cline, Ronald Dahlquist CPD, City of Chicago

    E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): Northern District, Eastern Division

    F. Name of judge to whom case was assigned: Castillo

    G. Basic claim made: Due process violations, false arrest, ETC.

    H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): Pending

    I. Approximate date of disposition: 

IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.

#3c

Revised: 7/20/05

IV. List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court (including the Central and Southern Districts of Illinois):

A. Name of case and docket number: Champion v Eagle Printing 07C 1702

B. Approximate date of filing lawsuit: 3/27/07

C. List all plaintiffs (if you had co-plaintiffs), including any aliases: Champion

D. List all defendants: Frank Rosienski Kevin Rosienski

E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): Northern District

F. Name of judge to whom case was assigned: Castillo

G. Basic claim made: Illegal Termination

H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): Dismissed, No Appeal

I. Approximate date of disposition: 4/15/07

IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.

IV. List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court (including the Central and Southern Districts of Illinois):

   A. Name of case and docket number: CHAMPION v GODINEZ 3542 ??

   B. Approximate date of filing lawsuit: 7/05/07

   C. List all plaintiffs (if you had co-plaintiffs), including any aliases: CHAMPION

   D. List all defendants: GODINEZ, Delia, City of CHGO. DICK Devine, Peu 'Sapeta'

   E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): Northern District

   F. Name of judge to whom case was assigned: CAstillo

   G. Basic claim made: Illegal Search & Seizure

   H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): Dismissed. No Appeal

   I. Approximate date of disposition: 07/23/07

**IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.**

A. CHAMPION V TING
    07C6070

B. 10/23/07

C. Gregory CHAMPION

D. Dr. A. TING
   PARAMEDIC VICTORIA Furlow

E. Northern DISTRICT

F. Pallmeyer

G. INDIFFerence To Severe MEDICAL EMERGENCY

H. PENDING

A. CHAMPION v DOOTY ET AL
   07C 6414

B. 10/13/07

C. GREGORY CHAMPION

D. SARGENT DOOTY
   SHERIFF DEPUTY JUDGE
   C.P.D. DELIA #20736
   C.P.D. HOFFMAN
   CITY OF CHICAGO

E. Northern DISTRICT

F. PALLMEYER

G. False Arrest, Failure To Protect

H. Pending

Officer Hoffman's testimony at grand jury hearing, did not prove probable cause. His testimony proves my false arrest allegation. He did not allege any facts which supported a finding of Probable cause!!

IV. **Statement of Claim:** My (49) weeks in illegal custody violated my Liberty Clause & caused Deprivation of Society.

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.) My false arrest by Hoffman, Delia, was the proximate cause of my injuries at the hands of Manuel Macon.

On 10/14/06, Chgo. Police officer, Hoffman #20736 arrested me on suspicion of burglary. Detective Delia interviewed me, custodial interrogation, and facilitated charges (indictment) of burglary, upon his recommendation. At the grand jury hearing, officer Hoffman testified that upon his investigation, he discovered that I had committed burglary. I spent (49) weeks fighting case while detained in County jail and on 09/27/07, case was dismissed in my favor. The (2) defendant Chgo Police officers, acting under color of state law, violated my 4th constitutional rights to be free of false arrest. While in Cook County jail, 06-15-07, I was attacked by viscous detainee, Manuel Macon, whom, Sargent Sooty was aware, had been involved in (2) recent altercations, (Macon) Sooty with knowing deliberate indifference, refused to move "Macon" off of "non-gang tier". Sheriff Deputy Judge was also aware of "Macon's" violent tendency's. Both Sheriff deputies, acting under color of State law, failed to protect Plaintiff Champions constitution rights and his person from substantial risk of harm from Felon "Manuel Macon", Both Sheriff deputies acted with deliberate indifference to Plaintiff Champions safety requirements!!

4

Revised 9/2007

I do not know officer Hoffman's first name, he worked out of Belmont/Western on 09/14/06, & the case was 06/24996!!
06-24996

sheriff deputy judge worked division 5, on 06/15/07.
sheriff deputy sargent Sooty worked division 5, on 06/15/07.
Sargent Sooty acted with reckless indifference to my safety in unit 1K.
In a previous incident where Macon "spit & threw toilet water" on another detainee in cell next to mine, Sooty told Macon to Pack his stuff, but then never actually moved thereby violent Macon from non gang unit!! Failure to protect Plaintiff Champion. In the False arrest matter, City of Chgo. employs defendant Chgo. Police officers, therefore is liable under "1983". Both C.P.D. officers acted under color of state law. violated my 4th amendment to be free of False arrest.

In the violent attack by Macon, Macon walked over to Plaintiff Champion, sucker punched Champion in his right eye, knocking Champion to ground, fracturing right eye socket, & causing severe contusion to Champion's left shin on lower left leg, & breaking Champion's glasses. Champion continues to suffer from mental & emotional suffering!! X-Rays were taken at Cermak hospital as well as emergency medical given for 2 bloody nostrils!! Doctor at Cermak also X-Rayed right eye socket, verifying right eye socket fractures!!

Plaintiff Champion had asked sheriff deputy Judge on several occasions to move Champion from cell next to Macon's to no avail, judge always replied that it was up to Sargent Sooty. If Macon had been moved from tier, the viscous attack never would have happenned!! After attack, Macon was put in "hole" for 29 days and then moved to division 6. He subsequently was allowed back to Div. 5, unit 1K, got in yet another incident, & was removed again. This is crazy!!! Thank You Gregory Champion Plaintiff

P.S. The case, burglary # 06-24996, was Terminated on 09/27/07, in my favor. Hence the False arrest allegation. Case was dismissed 09/27/07, in Skokie courthouse, "Judge" O'Brien presiding!!

Revised 9/2007

Relief

I want both sheriff deputy's liable to me to the sum of $500,000.00 apiece, (five-hundred thousand). I also want both Chgo. Police officers liable to me for $5,000,000.00 million apiece, 1 million (five million). & the city of Chicago I want held liable for $20,000,000.00 million (twenty million).

certification

By signing this document, I certify that the facts stated are true to the best of my knowledge and belief. I understand that if this certification is not correct, I may be subject to sanctions by the court. Signed this 29nth day of January, 2008

Gregory Champion

Gregory Champion
20060080031
1419 Woodhollow Ln
Flossmoor IL. 60422

I demand jury trial. I also request the appointment of counsel.

5b