IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF ILLINOIS

EASTERN DIVISION

FILED
APR 1 0 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

GREGORY CHAMPION )
   plaintiff )
)
)
) NO. 07C6414
v )
) HON. REBECCA PALLMEYER
Delia 20736 )
)
Hoffmann 17610 )
)
)

PLAINTIFFS MOTION FOR DEFAULT JUDGEMENT

NOW COMES PLAINTIFF GREGORY CHAMPION, AND STATES AS FOLLOWS.
IT APPEARS THAT DEFENDANTS C.P.D Delia 20736 C.P.D. Hoffmann 17610 ARE IN DEFAULT FOR FAILING TO PLEAD OR OTHERWISE DEFEND AS REQUIRED BY LAW. ACCORDINGLY, PLAINTIFF REQUESTS THAT, PURSUANT TO RULE 55(a) OF THE FEDERAL RULES OF CIVIL PROCEDURE, THE COURT ENTER DEFAULT JUDGEMENT AGAINST DEFENDANTS FOR THEIR FAILURE TO PLEAD OR OTHERWISE DEFEND. MORE THAN 20 DAYS HAVE ELAPSED SINCE THE DATE ON WHICH ALL OF THE DEFENDANTS WERE SERVED WITH A SUMMONS AND A COPY OF THE COMPLAINT. ALL OF THE DEFENDANTS HAVE FAILED TO ANSWER OR OTHERWISE DEFEND AS TO PLAINTIFFS COMPLAINT, OR SERVE A COPY OF ANY ANSWER OR OTHER RESPONSE WHICH THEY MIGHT HAVE HAD, UPON PLAINTIFF GREGORY CHAMPION, PRO SE.

DATED 4/03/08

RESPECTFULLY SUBMITTED
Gregory Champion
GREGORY CHAMPION
#20060080031
P.O. BOX 089002
CHICAGO ILLINOIS 60608

## CERTIFICATE OF SERVICE

I, GREGORY CHAMPION, CERTIFY THAT I HAVE CAUSED A TRUE AND CORRECT COPY OF THE PLAINTIFFS MOTION FOR DEFAULT JUDGEMENT TO BE SERVED VIA U.S. MAIL TO:

C.P.D. OFFICERS

JOHN DELIA #20736

STEVEN HOFFMANN #17610

CHICAGO POLICE DEPARTMENT

3510 S. MICHIGAN

CHICAGO ILLINOIS 60653


DATED APRIL 3 2008

, CHICAGO ILLINOIS

*Gregory Champion*
plaintiff