04/09/08 Ott
RE. 07C6414

**FILED**

APR 1 5 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Dear Clerk of District Court & Hon, R. Pallmeyer

This is Gregory & I mailed you my motion naming C.P.D. officers Delia #20736, and ~~Hoffmann~~ Hoffmann #17610 to be in default for failure to answer, or otherwise plead, 20 days elapsed 03/31/08, I sent in motion for default judgement, & I want to proceed in my motion to collect damages against these (2) officers for false arrest. The case was ~~06-24~~ 06-24496, circuit court, Skokie, Ill was dismissed 09/27/07 !!

Thank you, & Please Respond

Gregory Champion
2006008031
P.O. Box 089002
Chgs. Ill. 60608