IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| GREGORY CHAMPION, | ) | |
| | ) | |
| Plaintiff, | ) | 07 C 6414 |
| | ) | |
| v. | ) | Judge Pallmeyer |
| | ) | |
| C.P.D. OFFICER HOFFMAN, C.P.D. DETECTIVE DELIA #20736, SHERIFF DEPUTY SERGEANT DOOTY, SHERIFF DEPUTY JUDGE and the CITY OF CHICAGO, | ) ) ) ) ) ) | Magistrate Judge Valdez |
| Defendants. | ) | |

**DEFENDANT DELIA'S MOTION TO EXTEND
THE TIME IN WHICH TO ANSWER OR OTHERWISE PLEAD**

Defendant, Chicago Police Officer John Delia, by one of his attorneys, Kathryn M. Doi, Assistant Corporation Counsel, respectfully requests this Honorable Court for an extension of time up to and including June 6, 2008 in which the remaining defendants may answer or otherwise plead to Plaintiff's Amended Complaint.

In support of this motion, Defendant Delia states:

1.     This matter was originally filed on November 13, 2007, naming Chicago Defendants Hoffman, Delia, Starks and the City of Chicago, along with Uriel Cintron, Cook County Sheriff Dart, and Sheriff's Deputies Dooty and Judge as defendants. This court invited Plaintiff to submit an amended complaint, and then on February 19, 2008, dismissed all defendants except for Hoffman and Delia from the Amended Complaint.

2.     Summons and the Amended Complaint have recently been personally served only on Defendant Delia. The Chicago Police Department has not received a summons or complaint to be served on Defendant Hoffman.

3. The undersigned is representing both Defendants Delia and Hoffman in this matter. As such, the undersigned wishes to file one answer or other responsive pleading to Plaintiff's Amended Complaint on behalf of those defendants.

4. To that end, the undersigned has not yet been able to interview the police personnel necessary to answer or otherwise plead to Plaintiff's Amended Complaint, because Defendant Hoffman has not yet been personally served.

5. The undersigned is also going to be out of town through the end of April, and will not be able to address this matter until her return.

6. This motion is Defendants' first request for an extension of time to answer or otherwise plead. Such a request will not unduly delay the resolution of the disputed issues, nor will it prejudice the plaintiff.

**WHEREFORE**, Defendant Delia respectfully requests that the remaining defendants be given until June 6, 2008 to answer or otherwise plead to Plaintiff's Amended Complaint.

Respectfully Submitted,

/s/ Kathryn M. Doi
KATHRYN M. DOI
Assistant Corporation Counsel

Suite 1400
30 N. LaSalle Street
Chicago, IL 60602
(312) 744-0742
Attorney No. 06274825