# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Rebecca R. Pallmeyer *RRP* | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6414 | **DATE** | 4/23/2008 |
| **CASE TITLE** | Gregory Champion vs. C.P.D. Officer Hoffman, et al. | | |

**DOCKET ENTRY TEXT**

Defendant Delia's motion to extend the time in which to answer or otherwise plead [22] granted to and including 6/6/08. Telephone status conference set for 6/17/2008 at 8:30 a.m. Telephone status conference to be initiated by counsel for Defendant.

Docketing to mail notices.

| | Courtroom Deputy Initials: | ETV |
|---|---|---|