# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | REBECCA R. PALLMEYER *RRP* | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6414 | **DATE** | May 29, 2008 |
| **CASE TITLE** | Gregory Champion (#2006-0080031) vs. Sheriff Thomas Dart, et al. | | |

**DOCKET ENTRY TEXT:**

Plaintiff's motion for entry of default [#17] is denied as moot. By Minute Order of April 23, 2008, the court granted Defendant Delia an enlargement of time until June 6, 2008, to answer or otherwise plead. Because Defendant Hoffman was only served on April 16, 2008, his answer is not yet due.

**Docketing to mail notices.**

mjm