

**RECEIVED**

JUN 2 2008 *MB*

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

GREGORY CHAMPION
_____

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

C.P.D.          vs.

Officer Delia #20736
C.P.D.
Officer Hoffmann #17610

Cook County Grand Jury

Case No: 07 C 6414
(To be supplied by the Clerk of this Court)

Rebecca Pallmeyer

(Enter above the full name of ALL
defendants in this action. **Do not
use "et al."**)

CHECK ONE ONLY:

2nd AMENDED Complaint

__X__   COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983
U.S. Code (state, county, or municipal defendants)

_____   COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE
28 SECTION 1331 U.S. Code (federal defendants)

_____   OTHER (cite statute, if known)

*BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.*

I. **Plaintiff(s):**

   A. Name: GREGORY CHAMPION

   B. List all aliases: _____

   C. Prisoner identification number: 200600 80031

   D. Place of present confinement: Cook County Jail

   E. Address: 2700 South California

   (If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II. **Defendant(s):**
   (In A below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in B and C.)

   A. Defendant: C.P.D. Delia #20736

      Title: Officer (Detective)

      Place of Employment: CHICAGO

   B. Defendant: C.P.D. Hoffmann #17610

      Title: Officer

      Place of Employment: CHICAGO

   C. Defendant: Cook County Grand Jury, 11/01/06

      Title: _____

      Place of Employment: Cook County

   (If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

Revised 9/2007

**IV.    Statement of Claim:**

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

Plaintiff Champion was discovered asleep in garage & without probable cause charged with burglary. Plaintiff was not in possession of Uriel Cintron's property. Detective Delia, in custodial interview, alleged Plaintiff committed burglary, instead of trespass to property. At Grand jury indictment Hoffmann #17610, testified upon his investigation, Plaintiff committed burglary. No evidence was introduced to verify this. Grand jury was presented no evidence other than hearsay testimony, thereby committing malicious prosecution. This case is 06-24496. Delia, under color of state law, did with wanton & willful misconduct, cause Plaintiff to be privy to False Arrest. Hoffman, and Grand jury, are responsible for state case of Malicious prosecution Which pursuant to article 3, form part of the same controversy. States attorney refused to pursue case after 49 weeks on the docket. I refused to plea bargain to something I did not do!!! This is obvious illegal detention.

On the same note, in case 06-24495 Champion after being discovered in same garage, was discovered with laptop computer belonging to victim of residential burglary, of a different address blocks away and 2 days before !!

4

Since Plaintiff Champion did not commit residential burglary, there was no evidence to present to Grand Jury. At Custodial interrogation, Delia threatened Champion if he did not confess to several "area" crimes, he would charge him with residential!!! Detective Delia lied and said Plaintiff Champion confessed orally to laptop residential burglary, case 06-24495. Hoffman testified that upon his investigation he believed that I confessed orally to Delia. Grand jury, without hearing of any physical evidence. Found true Bill indictment, with no evidence presented. Holly Bencivenga, as Foreperson. Again Delia, is guilty of False arrest, Hoffmann & Grand Jury of related state case Malicious prosecution.

All defendants acted under color of State law.

Someone has to stop the Chgo Police and States attorneys from abusing the U.S. and Illinois Constitutions!! Cook County States attorneys had no evidence to facilitate charges of Burglary!! Also the Cook County Grand Jury had no evidence to form a true Bill Probable Cause, only hearsay!! This action violates the Constitution. There was no probable cause to arrest or indict.!! Willful & Wanton Maliciousness on Hoffmann # 17610 and Grand Jury's part in the True Bill finding 6! This also caused my 20 month illegal detention in the Cook County Jail, along with corresponding deprivation of Society, Mental Cruelty, pain and emotional suffering.

Plaintiff Champion seeks 10 million dollars from (2) Chgo. Police Officers and Grand Jury of Cook County 11/01/06 !! Delia and Hoffmann are sued in their individual and official capacities.,

5               Revised 9/2007

V.  Relief:

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

I want Deba liable for no probable cause, false arrest. He lied about oral confession, and Hoffman and Grand Jury liable for Malicious prosecution, no probable Cause.

06-24495
06-24496
06-24495
06-24496

VI.  The plaintiff demands that the case be tried by a jury.  ☒ YES  ☐ NO

## CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this 24 day of May, 2008

Gregory Lionel Champion
(Signature of plaintiff or plaintiffs)

Gregory CHAMPION
(Print name)

2006008003 1
(I.D. Number)

1419 Woodhollow Ln

Flossmoor IL. 60422
(Address)