UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| | | |
|---|---|---|
| In the Matter of Gregory Champion v. Hoffman et al | Case | 07 C 6414 |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Steven Hoffman

| |
|---|
| SIGNATURE<br>/s/ Kathryn M. Doi |
| FIRM<br>City of Chicago, Dept. Of Law |
| STREET ADDRESS<br>30 N. LaSalle Street, Suite 1400 |
| CITY/STATE/ZIP<br>Chicago, IL 60602 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>06274825 | TELEPHONE NUMBER<br>(312) 744-0742 |
|---|---|

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ■ | NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ■ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ■ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ■ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.
RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐