IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| GREGORY CHAMPION, | ) | |
| | ) | 07 C 6414 |
| Plaintiff, | ) | |
| | ) | Judge Pallmeyer |
| v. | ) | |
| | ) | |
| C.P.D. OFFICER HOFFMAN #17610, | ) | |
| C.P.D. DETECTIVE DELIA #20736 | ) | |
| and COOK COUNTY GRAND JURY, | ) | Magistrate Judge Valdez |
| | ) | |
| | ) | |
| Defendants. | ) | |

**DEFENDANTS HOFFMAN AND DELIA'S MOTION TO EXTEND
THE TIME IN WHICH TO ANSWER OR OTHERWISE PLEAD**

Defendants John Delia and Steven Hoffman, by one of their attorneys, Kathryn M. Doi, Assistant Corporation Counsel, respectfully request this Honorable Court for an extension of time up to and including July 7, 2008 in which they may answer or otherwise plead to Plaintiff's Second Amended Complaint, filed on June 2, 2008 and of which Defendants received notice on today's date, June 6, 2008.

In support of this motion, Defendants Hoffman and Delia state:

1. This matter was originally filed on November 13, 2007, naming Chicago Defendants Hoffman, Delia, Starks and the City of Chicago, along with Uriel Cintron, Cook County Sheriff Dart, and Sheriff's Deputies Dooty and Judge as defendants. This court invited Plaintiff to submit an amended complaint, and then on February 19, 2008, dismissed all defendants except for Hoffman and Delia from the Amended Complaint.

2. Plaintiff's "amended" complaint was an exact duplicate of the original complaint.

Defendants were to answer the "amended" complaint on this date, June 6, 2008, according to this Court's order of April 23, 2008.  However, Defendants received notice through the Northern District of Illinois' ECF electronic filing system that a Second Amended Complaint was docketed today, June 6, 2008.

3.   The undersigned is representing both Defendants Delia and Hoffman in this matter.  As such, the undersigned wishes to file one answer or other responsive pleading to Plaintiff's Second Amended Complaint on behalf of those defendants.

4.   To that end, Officer Hoffman is currently on furlough and will not be available to answer the allegations of the Second Amended Complaint until his return to work in late June.

5.   Moreover, Defendants have ordered, but not yet received, the grand jury transcript, court transcripts or any criminal court files referenced by Plaintiff in the Second Amended Complaint, which would allow them to adequately answer Plaintiff's allegations.

6.   This motion is Defendants' first request for an extension of time to answer or otherwise plead, as to the Second Amended Complaint.  Such a request will not unduly delay the resolution of the disputed issues, nor will it prejudice the plaintiff.

**WHEREFORE**, Defendants Hoffman and Delia respectfully request that they be given until July 7, 2008 to answer or otherwise plead to Plaintiff's Second Amended Complaint.

    Respectfully Submitted,

    **/s/ Kathryn M. Doi**
    KATHRYN M. DOI
    Assistant Corporation Counsel

30 N. LaSalle, Suite 1400
Chicago, IL 60602
(312) 744-0742
Attorney No. 06274825