IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| GREGORY CHAMPION, | ) | |
| | ) | 07 C 6414 |
| Plaintiff, | ) | |
| | ) | Judge Pallmeyer |
| v. | ) | |
| | ) | |
| C.P.D. OFFICER HOFFMAN #17610, | ) | |
| C.P.D. DETECTIVE DELIA #20736 | ) | |
| and COOK COUNTY GRAND JURY, | ) | Magistrate Judge Valdez |
| | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF MOTION AND CERTIFICATE OF SERVICE

**TO:**  Gregory Champion
#2006-0080031
Cook County Jail
P.O. Box 089002
Chicago, IL  60608

**PLEASE TAKE NOTICE** that I have this day filed with the Clerk of the United States District Court for the Northern District of Illinois, Eastern Division, **DEFENDANTS HOFFMAN AND DELIA'S MOTION TO EXTEND THE TIME IN WHICH TO ANSWER OR OTHERWISE PLEAD**, a copy of which is attached hereto and herewith served upon you.

**PLEASE TAKE FURTHER NOTICE** that I shall appear before the Honorable Judge Pallmeyer, or before such other Judge sitting in her place or stead, on the 11th day of June, 2008, at 8:45 a.m., or as soon thereafter as counsel may be heard, and then and there present the attached Motion.

I hereby certify that I have caused a true and correct copy of the above and foregoing to be delivered via First Class U.S. Mail to the person named above on this June 6, 2008.

Respectfully Submitted,

**/s/ Kathryn M. Doi**
KATHRYN M. DOI
Assistant Corporation Counsel

30 N. LaSalle, Suite 1400
Chicago, IL  60602
(312) 744-0742
Attorney No. 06274825