**RECEIVED**

JUN -9 2008

JUN -9 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

Gregory Champion _____

_____

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

vs.

C.P.D, L. Muscolino #21286
C.P.D, Steven Hoffmann #17610
Cook County Grand Jury
Cook County States Attorney Dick Devine

(Enter above the full name of ALL
defendants in this action. Do not
use "et al.")

Case No: 07C 6414
(To be supplied by the Clerk of this Court)

R. Pallmeyer

CHECK ONE ONLY:     3rd     **AMENDED COMPLAINT**

__X__  COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983
U.S. Code (state, county, or municipal defendants)

_____ COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE
28 SECTION 1331 U.S. Code (federal defendants)

_____ OTHER (cite statute, if known)

*BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR
FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.*

I. **Plaintiff(s):**

   A. Name: Gregory CHAmPion

   B. List all aliases: _____

   C. Prisoner identification number: 20060080031

   D. Place of present confinement: CooK CouNTy JAil

   E. Address: 2700 S. CAlifornia

   (If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II. **Defendant(s):**
   (In A below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in B and C.)

   A. Defendant: L. Muscolino #21286

      Title: CHGo. Police officer

      Place of Employment: CiTy of CHGo.

   B. Defendant: STeven Hoffman #17610

      Title: CHGo. Police officer

      Place of Employment: City of CHGo.

   C. Defendant: GranD Jury  11/01/06  #765,766,767

      Title: _____

      Place of Employment: CooK CouNTy

   (If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

   D. DicK DeviNe
      STaTes Attorney
      CooK CouNTy

Cook County Grand Jury, forming part of same controversy, article 3 U.S. constitution, would expect to be tried in some jurisdiction. State case of Malicious prosecution on Grand Jury 11/01/06 and states attorney Dick Devine.

IV. **Statement of Claim:**

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

Plaintiff Champion was discovered asleep in someones garage, and without probable cause charged with burglary, 06-24496. He was only found in possession of laptop computer, which allegedly had been taken days before in another separate residential burglary. Detective Muscolino #21286, after custodial interrogation, recomended charges 06-24496 and 06-24495, burglary and residential burglary respectively, be brought against plaintiff without probable cause, thereby committing false arrest. Muscolino is liable for Malicious and Wanton False arrest, 4th amendment violation. Plaintiff C.P.D. Steven Hoffmann #17610 presented no evidence because none existed, to Grand jury, whom committed Malicious prosecution in both cases 06-24496, and 06-24495. Pursuant to article 3 of U.S. constitution, state cases of malicious prosecution form part of the same controversy as false arrest. The Grand Jury is liable for malicious prosecution because they heard no evidence but still managed to find probable cause in both cases 06-24496 and 06-24495.

Plaintiff requests legal representation be appointed for this difficult case. I have sought help to no avail!!

Revised 9/2007

Dick Devine prosecutor, knowingly had no evidence to seek charges. Willful and Wanton maliciousness. State case is part of same controversy, to be tried in same jurisdiction.

to indict. Since plaintiff Champion did not commit burglary and residential burglary, there was no evidence to form finding of probable cause by any of the defendants. Also at Grand Jury for residential burglary, Hoffmann testified that he learned Plaintiff had orally confessed to residential burglary. Plaintiff Never Confessed orally or written to any crimes !! Muscolino filed written statement in 06-24495, that Champion confessed orally to residental burglary. All defendants acted under color of state law at all times. Hoffmann and Grand Jury and Muscolino acted with Willful and Wanton maliciousness throughout. Muscolino and Grand Jury are responsible for my 22 months of illegal detention in Cook County Jail, causing my mental, physical, and emotional injuries.

Hoffmann and Muscolino are sued in their official and individual capacities. Devine is sued in his individual capacity!!

I am seeking a total of 20 million 20,000,000 Dollars!!

In previous versions of 07C6414, I mistakenly named Dt. Seha #20736 as defendant. I was mistaken. Dt. Muscolino #21286 is the one who stated I confessed orally !!!

V.   Relief:

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

I am seeking 20 million in damages
Punitive award is also sought!

VI.   The plaintiff demands that the case be tried by a jury.   ☒ YES   ☐ NO

CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this  2  day of  June , 20 0 8

Gregory R. Champion
(Signature of plaintiff or plaintiffs)

Gregory CHAmPion
(Print name)

2006 0080031
(I.D. Number)

1419 WoodHollow Ln
Flossmoor IL, 60422
(Address)

### CERTIFICATE OF SERVICE

I, GREGORY CHAMPION, PLAINTIFF, HEREBY CERTIFY THAT I CAUSED A TRUE AND CORRECT COPY OF THE ATTACHED 3rd amended Complaint 07C 6414. I AM SERVING THIS DOCUMENT VIA U.S. MAIL TO Kathryn M Doi 30 North Lasalle #1400 Chgo, Il. 60602

DATED: 6/04/08

CHICAGO, ILLINOIS

GREGORY CHAMPION
PLAINTIFF

*Gregory Champion*