## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Rebecca R. Pallmeyer  *RRP* | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6414 | **DATE** | 6/11/2008 |
| **CASE TITLE** | Gregory Champion vs. Dart, et al | | |

**DOCKET ENTRY TEXT**

Defendants Hoffman and Delia's motion to extend the time in which to answer or otherwise plead [31] granted; Answer date is continued generally to 6/17/2008 at 8:30. U.S. Marshals Service to serve Defendant L. Musolino. Defendant Delia is dismissed.

Docketing to mail notices.

00:04

| | Courtroom Deputy Initials: | ETV |
|---|---|---|