# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Rebecca R. Pallmeyer *RRP* | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6414 | **DATE** | 6/17/2008 |
| **CASE TITLE** | Gregory Champion vs. Dart, et al | | |

**DOCKET ENTRY TEXT**

Telephone status conference set for 6/17/2008 stricken and reset to 6/19/2008 at 8:30 a.m.

Notices mailed by Judicial staff.

| | Courtroom Deputy Initials: | ETV |
|---|---|---|