# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Rebecca R. Pallmeyer *RRP* | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6414 | **DATE** | 6/19/2008 |
| **CASE TITLE** | Gregory Champion vs. Dart, et al | | |

**DOCKET ENTRY TEXT**

Telephone status conference convened. Leave is granted to file Third Amended Complaint. Defendant Delia is dismissed. Summons to issue with respect to newly-named Defendant Musolino; U.S. Marshals Service is directed to serve process. Claims against the grand jury are dismissed; the grand jury has immunity for its acts in is official capacity. The court declines to issue summons as to Defendant Devine pending the outcome of the criminal charge against Plaintiff, which is set for trial on 7/14/2008. Telephone status conference set for 7/31/2008 at 8:30 a.m., to be initiated by counsel for Defendant. If Plaintiff has been released from custody, he is advised to notify counsel for Defendant and appear in court for the status conference, which would in that event take place in court at 9:00 a.m.

Docketing to mail notices.

00:05

| | Courtroom Deputy Initials: | ETV |
|---|---|---|