FILED
JUNE 19, 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT



UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

Gregory Champion

_____

(Enter above the full name
of the plaintiff or plaintiffs in
this action)

vs.

C.P.D.
L. Muscolino #21286
C.P.D.
Steven Hoffmann #17610

Cook County Grand Jury

Cook County States Attorney Dick Devine

Case No: 07C 6414
(To be supplied by the Clerk of this Court)

R. Pallmeyer

(Enter above the full name of ALL
defendants in this action. Do not
use "et al.")

CHECK ONE ONLY:        3rd        AMENDED COMPLAINT

__X__    COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983
         U.S. Code (state, county, or municipal defendants)

_____    COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE
         28 SECTION 1331 U.S. Code (federal defendants)

_____    OTHER (cite statute, if known)

BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR
FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.

I. **Plaintiff(s):**

A. Name: Gregory CHAmPion

B. List all aliases: _____

C. Prisoner identification number: 20060080031

D. Place of present confinement: Cook CouNTy JAil

E. Address: 2700 S. CAliforNIA

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, place of confinement, and current address according to the above format on a separate sheet of paper.)

II. **Defendant(s):**
(In A below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in B and C.)

A. Defendant: L. Muscolino #21286

Title: CHGo. Police officer

Place of Employment: City of CHGo.

B. Defendant: STeven Hoffman #17610

Title: CHGo. Police officer

Place of Employment: City of CHGo.

C. Defendant: GraND Jury  11/01/06  #765,766,767

Title: _____

Place of Employment: Cook CouNTy

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

D. Dick Devine
STaTes AttorNey
Cook CouNTy

Cook County Grand Jury, (forming part of the controversy,) article 3 U.S. constitution, would expect to be tried in some jurisdiction. State case of Malicious prosecution on Grand Jury 11/01/06 and states attorney Dick Devine.

IV. **Statement of Claim:**

State here as briefly as possible the facts of your case. Describe how each defendant is involved, including names, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

Plaintiff Champion was discovered asleep in someones garage and without probable cause charged with burglary, 06-24496. He was only found in possession of laptop computer, which allegedly had been taken days before in another separate residential burglary. Detective Muscolino #21286, after custodial interrogation, recommended charges 06-24496 and 06-24495, burglary and residential burglary respectively, be brought against plaintiff without probable cause, thereby committing false arrest. Muscolino is liable for Malicious and Wanton False arrest, 4th amendment violation. Plaintiff C.P.D. Steven Hoffmann #17610 presented no evidence because none existed, to Grand jury, whom committed Malicious prosecution in both cases 06-24496, and 06-24495. Pursuant to article 3 of U.S. constitution, state cases of malicious prosecution form part of the same controversy as false arrest. The Grand Jury is liable for malicious prosecution because they heard no evidence but still managed to find probable cause in Both Cases 06-24496 and 06-24495.

Plaintiff requests legal representation be appointed for this difficult case. I have sought help to no avail!!

Revised 9/2007

Dick Devine, prosecutor, knowly had no evidence to seek charges. Willful and Wanton maliciousness. State case is part of same controversy, to be tried in same jurisdiction.

to indict. Since plaintiff Champion did not commit burglary and residental burglary, there was no evidence to form finding of probable cause by any of the defendants. Also at Grand Jury for residential burglary, Hoffmann testified that he learned Plaintiff had orally confessed to residential burglary. Plaintiff Never Confessed orally or written to any crimes!! Muscolino filed written statement in 06-24495 that Champion confessed orally to residental burglary. All defendants acted under color of state law at all times. Hoffmann and Grand Jury and Muscolino acted with Willful and Wanton maliciousness throughout. Muscolino and Grand Jury are responsible for my 22 months of illegal detention in Cook County Jail, Causing my mental, physical, and emotional injuries.

Hoffmann and Muscolino are sued in their official and individual capacities. Devine is sued in his individual capacity!!

I am seeking a total of 20 million 20,000,000 Dollars!!

In previous versions of 07C6414, I mistakenly named Dt. Seha #20736 as defendant. I was mistaken. Dt. Muscolino #21286 is the one who stated I confessed orally!!!

V.   Relief:

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

I am seeking 20 million in damages
Punitive award is also sought!

VI.   The plaintiff demands that the case be tried by a jury.   ☒ YES   ☐ NO

CERTIFICATION

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief. I understand that if this certification is not correct, I may be subject to sanctions by the Court.

Signed this __2__ day of __June__, 20_08_

_Gregory R. Champion_
(Signature of plaintiff or plaintiffs)

_Gregory CHAmpion_
(Print name)

_2006 0080031_
(I.D. Number)

_1419 Wood Hollow Ln_
_Flossmoor IL, 60422_
(Address)

## CERTIFICATE OF SERVICE

I, GREGORY CHAMPION, PLAINTIFF, HEREBY CERTIFY THAT I CAUSED A TRUE AND CORRECT COPY OF THE ATTACHED 3rd amended Complaint 07C6414. I AM SERVING THIS DOCUMENT VIA U.S. MAIL TO Kathryn M Doi 30 North Lasalle #1400 Chgo, IL. 60602

DATED: 6/04/08

CHICAGO, ILLINOIS

GREGORY CHAMPION
PLAINTIFF

*Gregory Champion*