# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | REBECCA R. PALLMEYER | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6414 | **DATE** | July 11, 2008 |
| **CASE TITLE** | Gregory Champion (#2006-0080031) vs. Sheriff Thomas Dart, et al. | | |

*RRP* (initials)

**DOCKET ENTRY TEXT:**

Plaintiff's third motion for appointment of counsel [#28] is denied without prejudice. .

**Docketing to mail notices.**

**STATEMENT**