## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Rebecca R. Pallmeyer | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6414 | **DATE** | 8/14/2008 |
| **CASE TITLE** | Gregory Champion vs. Officer Hoffman, et al | | |

**DOCKET ENTRY TEXT**

Telephone status conference convened. Plaintiff reports he will proceed in state court on a motion to suppress evidence in his pending criminal case on August 21. Telephone status set for September 5, 2008, at 8:30 a.m., to be initiated by Defendant's counsel. Should Plaintiff be discharged from custody prior to that date, he is directed to notify the Clerk of his change of address and, in addition, contact Ms. Doi and ask her to advise the court that the status conference can take place in person. Should the conference proceed in court, it will be at 9:00 a.m.

Notices mailed by Judicial staff.

00:05

| | Courtroom Deputy Initials: | ETV |
|---|---|---|